
AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ALBRITTON, WILLIAM H. | DISTRICT COURT - MD ALABAMA | 04/28/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT JUDGE - SENIOR | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. BOX 629<br>MONTGOMERY, AL 36101 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Albritton, William H.**

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRITTON, WILLIAM H. | 04/28/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | MERRILL LYNCH - IRA DISTRIBUTIONS | $10,300.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | MERRILL LYNCH - IRA DISTRIBUTIONS |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNIVERSITY OF ALABAMA LAW SCHOOL | MARCH 8 - 10, 2010 | TUSCALOOSA, AL | LECTURE SERVICES | MEALS, HOTEL |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRITTON, WILLIAM H. | 04/28/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRITTON, WILLIAM H. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | TV CABLE CO OF ANDALUSIA - COMMON STOCK | C | Dividend | L | W | | | | | |
| 2. | EXXON - COMMON STOCK | D | Dividend | M | T | | | | | |
| 3. | EXXON - COMMON STOCK | | None | | | Sold (part) | 05/21/10 | L | F | |
| 4. | GENERAL ELECTRIC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 5. | IBM - COMMON STOCK | A | Dividend | J | T | | | | | |
| 6. | | | | | | Donated (part) | 02/03/10 | J | | |
| 7. | | | | | | Donated (part) | 02/18/10 | J | | |
| 8. | | | | | | Donated (part) | 12/09/10 | J | | |
| 9. | | | | | | Donated (part) | 12/21/10 | J | | |
| 10. | PROGRESSIVE ENERGY | | None | | | Sold | 10/06/10 | K | A | |
| 11. | PFIZER - COMMON STOCK | A | Dividend | K | T | | | | | |
| 12. | SOUTHERN COMPANY - COMMON STOCK | B | Dividend | K | T | Sold (part) | 07/29/10 | K | D | |
| 13. | ALABAMA ST BRD ED REV ATHENS STATE UNIV-BONDS | A | Interest | K | T | | | | | |
| 14. | HUNTSVILLE ALA CAP IMPRT WTS - BONDS | A | Interest | K | T | | | | | |
| 15. | HUNTSVILLE MADISON CNTY AL ARPT AUTH - BONDS | A | Interest | K | T | | | | | |
| 16. | MOBILE AL PUB EDL BLDG - BOND | A | Interest | J | T | | | | | |
| 17. | DAPHNE AL WTS & IMPT - BOND | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRITTON, WILLIAM H. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ALABAMA STATE PUBLIC SCHOOLS AND COLLEGES - BOND | A | Interest | J | T | | | | | |
| 19. MORGAN CTY AL BRD ED CAP - BONDS | A | Interest | K | T | | | | | |
| 20. DECATUR AL WTS SER E AMBAC | A | Interest | J | T | | | | | |
| 21. ALABAMA DRINKING WATER FIN AUTH - BOND | A | Interest | J | T | | | | | |
| 22. MERRILL LYNCH - CASH MONEY ACCOUNTS | A | Interest | J | T | | | | | |
| 23. MERRILL LYNCH IRA (ASSETS: LINE 24-37) | D | Int./Div. | M | T | | | | | |
| 24. MERRILL LYNCH RETIREMENT RESERVES | | | | | Sold | 03/31/10 | J | | |
| 25. MERRILL LYNCH - CASH | | | | | | | | | |
| 26. CD - NATIONAL CITY BANK | | | | | Sold | 03/31/10 | J | | |
| 27. MERRILL LYNCH FUNDAMENTAL GROWTH D | | | | | Sold | 03/31/10 | J | | |
| 28. MERRILL LYNCH B&T RASP | | | | | Sold | 03/31/10 | J | | |
| 29. BLACKROCK INTL GROWTH & INCOME TR | | | | | Sold | 09/20/10 | J | | |
| 30. DOW 30 ENHANCED PREMIUM INCOME FD | | | | | Sold | 09/20/10 | J | | |
| 31. AT&T INC | | | | | | | | | |
| 32. ALTRIA GROUP INC | | | | | Buy | 09/20/10 | J | | |
| 33. CENTURY LINK INC SHS | | | | | Buy | 11/09/10 | J | | |
| 34. GLAXOSMITHKLINE PLC | | | | | Buy | 09/20/10 | J | | |

1. Income Gain Codes:  A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRITTON, WILLIAM H. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. KINDER MORGAN ENERGY PTNS | | | | | | | | | |
| 36. PINNACLE WEST CAP CORP | | | | | | | | | |
| 37. VANGUARD INTERMEDIATE | | | | | Sold (part) | 07/27/10 | J | | |
| 38. MERRILL LYNCH - IRA (ASSETS: LINES 39 - 43) | A | Int./Div. | J | T | | | | | |
| 39. SOUTHWEST BK OF ST LOUIS - CALLABLE CD | | | | | Sold | 03/15/10 | J | | |
| 40. TEMPLETON GROWTH FD CL C | | | | | | | | | |
| 41. DN M&I CALLABLE CD | | | | | Sold | 07/09/10 | J | | |
| 42. VANGUARD INTERMEDIATE BOND | | | | | Buy | 04/29/10 | J | | |
| 43. MERRILL LYNCH - CASH | | | | | | | | | |
| 44. SERVISFIRST BANK-SAVINGS ACCOUNT | A | Interest | K | T | | | | | |
| 45. BLACKROCK GLOBAL ALLOCATION FD INC C | A | Dividend | K | T | | | | | |
| 46. ANNALY CAP MGMT INC | A | Dividend | J | T | | | | | |
| 47. AT&T INC | A | Dividend | J | T | | | | | |
| 48. CENTURYTEL INC | A | Dividend | J | T | Buy | 01/21/10 | J | | |
| 49. | | | | | Sold (part) | 12/03/10 | J | B | |
| 50. HATTERAS FINL CORP | A | Dividend | | | Sold | 03/30/10 | J | A | |
| 51. KRAFTFOODS INC VA CL A | A | Dividend | | | Sold | 01/19/10 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRITTON, WILLIAM H. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PEPCO HLDGS INC | A | Dividend | | | Sold | 08/23/10 | J | A | |
| 53. PINNACLE WEST CAP CORP | A | Dividend | | | Sold | 10/15/10 | K | B | |
| 54. VERIZON COMMUNICATIONS COM | A | Dividend | | | Sold | 10/06/10 | J | A | |
| 55. KINDER MORGAN ENERGY PARTNERS LP | A | Dividend | | | Sold | 01/19/10 | J | | |
| 56. PLAINS ALL AMERN PIPL LP | A | Dividend | | | Sold | 08/23/10 | K | | |
| 57. MERCK & CO INC | A | Dividend | | | Sold | 01/19/10 | J | B | |
| 58. PHILIP MORRIS INTL INC | | None | | | Sold | 12/20/10 | J | A | |
| 59. VODAPHONE GROUP PLC NEW | A | Dividend | K | T | Buy | 02/03/10 | J | | |
| 60. ALASKA CMN CATRS SYS GRP | A | Dividend | J | T | Buy | 05/24/10 | J | | |
| 61. | | | | | Sold (part) | 10/18/10 | J | B | |
| 62. ALTRIA GROUP INC | A | Dividend | K | T | Buy | 01/06/10 | K | | |
| 63. | | | | | Sold (part) | 12/20/10 | K | B | |
| 64. AMEREN CORP | A | Dividend | J | T | Buy | 11/11/10 | J | | |
| 65. ASTRAZENECA PLC SPND ADR | B | Dividend | K | T | Buy | 09/23/10 | K | | |
| 66. BCE INC | A | Dividend | J | T | Buy | 01/21/10 | K | | |
| 67. | | | | | Sold (part) | 06/11/10 | K | B | |
| 68. BRISTOL-MYERS SQUIBB CO | A | Dividend | J | T | Buy | 05/24/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRITTON, WILLIAM H. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold | 09/20/10 | J | B | |
| 70. CELLCOM ISRAEL LTD | A | Dividend | J | T | Buy | 10/21/10 | J | | |
| 71. CHIMERA INVESTMENT CORP | A | Dividend | J | T | Buy | 02/26/10 | J | | |
| 72. ENBRIDGE ENERGY PARTNERS | A | Dividend | K | T | Buy | 10/05/10 | K | | |
| 73. ENERGY TRANSFER PARTNERS | A | Dividend | J | T | Buy | 11/03/10 | J | | |
| 74. FIRST ENERGY CORP | A | Dividend | K | T | Buy | 05/24/10 | K | | |
| 75. GLAXOSMITHKLINE PLC | A | Dividend | K | T | Buy | 07/13/10 | K | | |
| 76. HATTERAS FINL CORP | A | Dividend | K | T | Buy | 08/25/10 | K | | |
| 77. BP PLC SPON ADR | A | Dividend | J | T | Buy | 01/21/10 | K | | |
| 78. | | | | | Sold (part) | 06/10/10 | J | A | |
| 79. HEALTHCARE REIT INC | A | Dividend | K | T | Buy | 08/02/10 | K | | |
| 80. KIMBERLY CLARK | A | Dividend | J | T | Buy | 12/27/10 | J | | |
| 81. KINDERMORGAN ENERGY PARTNERS | A | Dividend | J | T | Buy | 01/21/10 | J | | |
| 82. REYNOLDS AMERICA INC | A | Dividend | J | T | Buy | 10/08/10 | J | | |
| 83. TELEFONICA SA SPAIN ADR | A | Dividend | J | T | Buy | 10/21/10 | J | | |
| 84. VERIZON COMMUNICATIONS | A | Dividend | J | T | Buy | 10/07/10 | J | | |
| 85. POWERSHARES FIN PFD | A | Dividend | | | Buy | 02/03/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRITTON, WILLIAM H. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 10/15/10 | K | A | |
| 87. QWEST COMM INTL INC | A | Dividend | | | Buy | 02/26/10 | K | | |
| 88. | | | | | Sold | 07/19/10 | K | C | |
| 89. VECTREN CORP INDIANA COM | A | Distribution | | | Buy | 05/24/10 | J | | |
| 90. | | | | | Sold | 11/10/10 | J | B | |
| 91. FRONTIER COMMUNICATIONS | | None | | | Sold | 10/25/10 | J | A | |
| 92. ENTERPRISE PRDTS PRTN LP | | None | | | Sold | 10/25/10 | J | A | |
| 93. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50.000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Amendment changes:

Part VII Investments and Trusts

Lines 6 - 9 were added to reflect the charitable contributions of IBM stocks during 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRITTON, WILLIAM H. | 04/28/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ WILLIAM H. ALBRITTON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ALBRITTON, WILLIAM H. | DISTRICT COURT - MD ALABAMA | 04/28/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT JUDGE - SENIOR | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 <br> to <br> 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. BOX 629 <br> MONTGOMERY, AL 36101 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Albritton, William H. A**

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRITTON, WILLIAM H. | 04/28/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2010 | MERRILL LYNCH - IRA DISTRIBUTIONS | $10,300.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1. 2010 | MERRILL LYNCH - IRA DISTRIBUTIONS | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNIVERSITY OF ALABAMA LAW SCHOOL | MARCH 8 - 10, 2010 | TUSCALOOSA, AL | LECTURE SERVICES | MEALS, HOTEL |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRITTON, WILLIAM H. | 04/28/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRITTON, WILLIAM H. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TV CABLE CO OF ANDALUSIA - COMMON STOCK | C | Dividend | L | W | | | | | |
| 2. EXXON - COMMON STOCK | D | Dividend | M | T | | | | | |
| 3. EXXON - COMMON STOCK | | None | | | Sold (part) | 05/21/10 | L | F | |
| 4. GENERAL ELECTRIC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 5. IBM - COMMON STOCK | A | Dividend | J | T | | | | | |
| 6. PROGRESSIVE ENERGY | | None | | | Sold | 10/06/10 | K | A | |
| 7. PFIZER - COMMON STOCK | A | Dividend | K | T | | | | | |
| 8. SOUTHERN COMPANY - COMMON STOCK | B | Dividend | K | T | Sold (part) | 07/29/10 | K | D | |
| 9. ALABAMA ST BRD ED REV ATHENS STATE UNIV-BONDS | A | Interest | K | T | | | | | |
| 10. HUNTSVILLE ALA CAP IMPRT WTS - BONDS | A | Interest | K | T | | | | | |
| 11. HUNTSVILLE MADISON CNTY AL ARPT AUTH - BONDS | A | Interest | K | T | | | | | |
| 12. MOBILE AL PUB EDL BLDG - BOND | A | Interest | J | T | | | | | |
| 13. DAPHNE AL WTS & IMPT - BOND | A | Interest | K | T | | | | | |
| 14. ALABAMA STATE PUBLIC SCHOOLS AND COLLEGES - BOND | A | Interest | J | T | | | | | |
| 15. MORGAN CTY AL BRD ED CAP - BONDS | A | Interest | K | T | | | | | |
| 16. DECATUR AL WTS SER E AMBAC | A | Interest | J | T | | | | | |
| 17. ALABAMA DRINKING WATER FIN AUTH - BOND | A | Interest | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. MERRILL LYNCH - CASH MONEY ACCOUNTS | A | Interest | J | T | | | | | |
| 19. MERRILL LYNCH IRA (ASSETS: LINE 20-33) | D | Int./Div. | M | T | | | | | |
| 20. MERRILL LYNCH RETIREMENT RESERVES | | | | | Sold | 03/31/10 | J | | |
| 21. MERRILL LYNCH - CASH | | | | | | | | | |
| 22. CD - NATIONAL CITY BANK | | | | | Sold | 03/31/10 | J | | |
| 23. MERRILL LYNCH FUNDAMENTAL GROWTH D | | | | | Sold | 03/31/10 | J | | |
| 24. MERRILL LYNCH B&T RASP | | | | | Sold | 03/31/10 | J | | |
| 25. BLACKROCK INTL GROWTH & INCOME TR | | | | | Sold | 09/20/10 | J | | |
| 26. DOW 30 ENHANCED PREMIUM INCOME FD | | | | | Sold | 09/20/10 | J | | |
| 27. AT&T INC | | | | | | | | | |
| 28. ALTRIA GROUP INC | | | | | Buy | 09/20/10 | J | | |
| 29. CENTURY LINK INC SHS | | | | | Buy | 11/09/10 | J | | |
| 30. GLAXOSMITHKLINE PLC | | | | | Buy | 09/20/10 | J | | |
| 31. KINDER MORGAN ENERGY PTNS | | | | | | | | | |
| 32. PINNACLE WEST CAP CORP | | | | | | | | | |
| 33. VANGUARD INTERMEDIATE | | | | | Sold (part) | 07/27/10 | J | | |
| 34. MERRILL LYNCH - IRA (ASSETS: LINES 35 - 39) | A | Int./Div. | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,000 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRITTON, WILLIAM H. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. SOUTHWEST BK OF ST LOUIS - CALLABLE CD | | | | | Sold | 03/15/10 | J | | |
| 36. TEMPLETON GROWTH FD CL C | | | | | | | | | |
| 37. DN M&I CALLABLE CD | | | | | Sold | 07/09/10 | J | | |
| 38. VANGUARD INTERMEDIATE BOND | | | | | Buy | 04/29/10 | J | | |
| 39. MERRILL LYNCH - CASH | | | | | | | | | |
| 40. SERVISFIRST BANK-SAVINGS ACCOUNT | A | Interest | K | T | | | | | |
| 41. BLACKROCK GLOBAL ALLOCATION FD INC C | A | Dividend | K | T | | | | | |
| 42. ANNALY CAP MGMT INC | A | Dividend | J | T | | | | | |
| 43. AT&T INC | A | Dividend | J | T | | | | | |
| 44. CENTURYTEL INC | A | Dividend | J | T | Buy | 01/21/10 | J | | |
| 45. | | | | | Sold (part) | 12/03/10 | J | B | |
| 46. HATTERAS FINL CORP | A | Dividend | | | Sold | 03/30/10 | J | A | |
| 47. KRAFTFOODS INC VA CL A | A | Dividend | | | Sold | 01/19/10 | J | A | |
| 48. PEPCO HLDGS INC | A | Dividend | | | Sold | 08/23/10 | J | A | |
| 49. PINNACLE WEST CAP CORP | A | Dividend | | | Sold | 10/15/10 | K | B | |
| 50. VERIZON COMMUNICATIONS COM | A | Dividend | | | Sold | 10/06/10 | J | A | |
| 51. KINDER MORGAN ENERGY PARTNERS LP | A | Dividend | | | Sold | 01/19/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B=$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRITTON, WILLIAM H. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. PLAINS ALL AMERN PIPL LP | A | Dividend | | | Sold | 08/23/10 | K | | |
| 53. MERCK & CO INC | A | Dividend | | | Sold | 01/19/10 | J | B | |
| 54. PHILIP MORRIS INTL INC | | None | | | Sold | 12/20/10 | J | A | |
| 55. VODAPHONE GROUP PLC NEW | A | Dividend | K | T | Buy | 02/03/10 | J | | |
| 56. ALASKA CMN CATRS SYS GRP | A | Dividend | J | T | Buy | 05/24/10 | J | | |
| 57. | | | | | Sold (part) | 10/18/10 | J | B | |
| 58. ALTRIA GROUP INC | A | Dividend | K | T | Buy | 01/06/10 | K | | |
| 59. | | | | | Sold (part) | 12/20/10 | K | B | |
| 60. AMEREN CORP | A | Dividend | J | T | Buy | 11/11/10 | J | | |
| 61. ASTRAZENECA PLC SPND ADR | B | Dividend | K | T | Buy | 09/23/10 | K | | |
| 62. BCE INC | A | Dividend | J | T | Buy | 01/21/10 | K | | |
| 63. | | | | | Sold (part) | 06/11/10 | K | B | |
| 64. BRISTOL-MYERS SQUIBB CO | A | Dividend | J | T | Buy | 05/24/10 | J | | |
| 65. | | | | | Sold | 09/20/10 | J | B | |
| 66. CELLCOM ISRAEL LTD | A | Dividend | J | T | Buy | 10/21/10 | J | | |
| 67. CHIMERA INVESTMENT CORP | A | Dividend | J | T | Buy | 02/26/10 | J | | |
| 68. ENBRIDGE ENERGY PARTNERS | A | Dividend | K | T | Buy | 10/05/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRITTON, WILLIAM H. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ENERGY TRANSFER PARTNERS | A | Dividend | J | T | Buy | 11/03/10 | J | | |
| 70. FIRST ENERGY CORP | A | Dividend | K | T | Buy | 05/24/10 | K | | |
| 71. GLAXOSMITHKLINE PLC | A | Dividend | K | T | Buy | 07/13/10 | K | | |
| 72. HATTERAS FINL CORP | A | Dividend | K | T | Buy | 08/25/10 | K | | |
| 73. BP PLC SPON ADR | A | Dividend | J | T | Buy | 01/21/10 | K | | |
| 74. | | | | | Sold (part) | 06/10/10 | J | A | |
| 75. HEALTHCARE REIT INC | A | Dividend | K | T | Buy | 08/02/10 | K | | |
| 76. KIMBERLY CLARK | A | Dividend | J | T | Buy | 12/27/10 | J | | |
| 77. KINDERMORGAN ENERGY PARTNERS | A | Dividend | J | T | Buy | 01/21/10 | J | | |
| 78. REYNOLDS AMERICA INC | A | Dividend | J | T | Buy | 10/08/10 | J | | |
| 79. TELEFONICA SA SPAIN ADR | A | Dividend | J | T | Buy | 10/21/10 | J | | |
| 80. VERIZON COMMUNICATIONS | A | Dividend | J | T | Buy | 10/07/10 | J | | |
| 81. POWERSHARES FIN PFD | A | Dividend | | | Buy | 02/03/10 | K | | |
| 82. | | | | | Sold | 10/15/10 | K | A | |
| 83. QWEST COMM INTL INC | A | Dividend | | | Buy | 02/26/10 | K | | |
| 84. | | | | | Sold | 07/19/10 | K | C | |
| 85. VECTREN CORP INDIANA COM | A | Distribution | | | Buy | 05/24/10 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                  J =$15,000 or less          K =$15,001 - $50,000          L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                                P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)     S =Assessment                 T =Cash Market
   (See Column C2)             U =Book Value             V =Other                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRITTON, WILLIAM H. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold | 11/10/10 | J | B | |
| 87. FRONTIER COMMUNICATIONS | | None | | | Sold | 10/25/10 | J | A | |
| 88. ENTERPRISE PRDTS PRTN LP | | None | | | Sold | 10/25/10 | J | A | |
| 89. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRITTON, WILLIAM H. | 04/28/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ WILLIAM H. ALBRITTON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544